UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES JOHNSON and EILEEN JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:23-cv-01002 ) |
| DONALD STANISZEWSKI, et al., | ) ) |
| Defendants. | ) ) |
| THE PILLAR GROUP, LLC, et al., | ) |
| Counter-Plaintiffs/Third-Party Plaintiffs, | ) ) ) |
| v. | ) ) |
| CHARLES JOHNSON and SERVANT LOGISTICS, LLC, | ) ) ) |
| Counter-Defendants/Third-Party Defendants | ) ) |

**ORDER**

On October 5, 2023, the Court held a hearing on, among other things, the Pillar Group, LLC (the "Pillar Group" or the "Group"), Angela McCluskey, Donald Staniszewski, Michael Remick, and Kevin Allen's Second Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 14). For the reasons stated on the record, pursuant to Federal Rule of Civil Procedure 65(a), the Court imposes the following limited preliminary injunction:

> Charles Johnson and his agents, servants, entities, and all persons acting in concert with him or them, including Servant Logistics, LLC, shall not directly or indirectly engage in the logistics business with or solicit new business from clients of Pillar Group identified in this Order.

The clients of Pillar Group covered by this Order, as identified by the parties' Joint Submission (Doc No. 20 at 2), are: (1) Cenwood Furniture; (2) Costco Wholesale (Sparks, NV); (3) Control

Transportation Services, Inc.; (4) Furniture Factory Outlet; (5) Georgia Furniture Mart; (5) The General Electric Company (Beaumont, TX; Little Rock, AR; Memphis, TN); (6) George Washington Toma TV & Appliance, Inc.; (7) Queen Appliance; (8) Restoration Hardware (Detroit, MI; Memphis, TN; New Orleans, LA; Ontario, CA; Phoenix, AZ; San Leandro, CA); (9) Sam Levitz Furniture; and (10) Weekends Only. In all other respects, this Order does not restrict Charles Johnson's or Servant Logistics, LLC's activities.

The parties' Joint Submission (Doc. No. 20) and competing affidavits (Doc. Nos. 20-1, 20-2) demonstrate their continued disagreement on whether Best Buy and any distribution sites of Costco Wholesale, The General Electric Company, and Restoration Hardware not listed above should be covered by this Order. The Court will reserve decision on this disagreement, which will require an evidentiary hearing. Should any party seek to modify this Order, they shall move for an evidentiary hearing to supplement the record before the Court.

Pursuant to Federal Rule of Civil Procedure 65(c), bond is set in the amount of $10,000.

Additionally, no later than **October 17, 2023**, the parties shall file notice of an agreed-upon mediator and mediation date. Mediation shall occur in person, and each party shall send an attendee with final authority to enter into any mediation agreement reached.

This Order shall stay in effect until otherwise ordered by the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE